# EXHIBIT 31

## CAUSE NO. C-3037-22-M

| | | |
|---|---|---|
| CYNTHIA BANDA, as REPRESENTATIVE OF THE ESTATE OF MELISSA BANDA, AND ANF OF ELIZABETH FORD, KIMBERLY FORD AND RICHARD FORD, III<br>　*Plaintiffs*<br><br>VS.<br><br>CITY OF MCALLEN<br>　*Defendant* | § § § § § § § § § § § § § | IN THE DISTRICT COURT<br><br><br><br>476ᵀᴴ JUDICIAL DISTRICT<br><br><br><br><br>HIDALGO COUNTY, TEXAS |

## ORDER SETTING HEARING

On this day came on for consideration the Defendant City of McAllen's Plea to the Jurisdiction, and the Court being of the opinion that same should be set for hearing, it is therefore:

ORDERED that Defendant's Plea to the Jurisdiction is set for hearing at __9:00__ o'clock _a_.m. on __September 28__, 2023.

Signed this __28th__ day of __August__, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JUDGE PRESIDING
　　　　　　　　　　　　　　　　　　　　　YSMAEL D. FONSECA

xc:　　office@daleklein.com
　　　　itawil@mcallen.net
　　　　astevenson@mcallen.net
　　　　balonzo@mcallen.net

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 78968772
Filing Code Description: Proposed Order
Filing Description: Order Setting Hearing on Defendant City of McAllen's Plea to the Jurisdiction
Status as of 8/28/2023 11:24 AM CST

Associated Case Party: CYNTHIA BANDA

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| KATIE P.KLEIN | | OFFICE@DALEKLEIN.COM | 8/28/2023 11:19:48 AM | SENT |

Associated Case Party: City of McAllen, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Alma Villarreal | | alma_villarreal@mcallen.net | 8/28/2023 11:19:48 AM | SENT |
| Isaac Tawil | | itawil@mcallen.net | 8/28/2023 11:19:48 AM | SENT |
| Austin Stevenson | | astevenson@mcallen.net | 8/28/2023 11:19:48 AM | SENT |
| Benito Alonzo | | BAlonzo@mcallen.net | 8/28/2023 11:19:48 AM | SENT |
| Ana Fernandez | | AFernandez@mcallen.net | 8/28/2023 11:19:48 AM | SENT |