UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| CYNTHIA BANDA, AS REPRESENTATIVE OF THE ESTATE OF MELISSA BANDA,<br><br>Plaintiff,<br><br>VS.<br><br>CITY OF MCALLEN<br><br>Defendant. | § § § § § § § § § § § | Civil Case No. 7:23-CV-00341 |

# FINAL JUDGMENT

In accordance with the Order Accepting Findings, Conclusions, and Recommendation of the United States Magistrate Judge signed by the Court on this date, this action is **DISMISSED WITH PREJUDICE.** All relief requested by Plaintiff is denied. All allowable and reasonable costs of court are taxed against Plaintiff. All relief not expressly granted herein is denied.

This is a **FINAL JUDGMENT**.

Signed on July 2, 2024.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**